UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS HOLLINGSWORTH,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01477 SAB (PC)<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

  Plaintiff Louis Hollingsworth is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 3, 2017, Plaintiff initiated this action by filing a complaint. (ECF No. 1). Plaintiff also filed an application to proceed in forma pauperis by a prisoner pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

  However, Plaintiff only answered the questions on the first page of the application. On the second page, Plaintiff wrote a giant "X" over questions 4 through 7 of the application, and did not provide any answers.

  The application to proceed in forma pauperis must be completed with all requested information for the Court to properly consider Plaintiff's request. Therefore, Plaintiff must either re-submit a completed form or pay the filing fee to proceed in this action.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's application to proceed in forma pauperis is denied, without prejudice;

  2. The Clerk's Office shall send to Plaintiff an application to proceed in forma pauperis for a prisoner;

1

3. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

4. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 6, 2017**

UNITED STATES MAGISTRATE JUDGE